**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Civil Action No. 1:18-cv-02330-RBJ-KMT

EARL W. HERR,

    Plaintiff,

v.

CREDENCE RESOURCE MANAGEMENT, LLC,

    Defendant.

---

**MOTION FOR LEAVE TO APPEAR TELEPHONICALLY FOR
SCHEDULING/PLANNING CONFERENCE**

---

NOW comes EARL W. HERR ("Plaintiff"), by and through his attorneys, Sulaiman Law Group, Ltd. ("Sulaiman"), bringing this Motion for Leave to Appear Telephonically for Scheduling/Planning Conference, and in support states as follows:

1. On September 20, 2018, this Honorable Court entered an Order setting the Scheduling/Planning Conference on November 6, 2018, 2018 at 9:15 a.m. in front of Magistrate Judge Kathleen M. Tafoya ("Judge Tafoya") in Colorado Springs, Colorado [Dkt #8].

2. Lead counsel for Plaintiff is located in Lombard, Illinois.

3. As such, Plaintiff's Counsel respectfully requests that this Court allow him to appear telephonically for the Scheduling/Planning Conference.

4. Plaintiff, as a consumer, makes this request to avoid the expense of having local counsel travel and appear for this hearing. Since this case involves a single party consumer, deference should be given to keeping costs as low as possible.

1

5. Furthermore, Plaintiff's lead counsel files cases throughout the United States, and as such, he regularly appears telephonically in front of Courts and is familiar with the process and appropriate decorum. He understands that appearing telephonically is no different than a physical appearance before the Judge. If this Motion is granted, Plaintiff's lead counsel will ensure that he is fully prepared to attend this hearing via telephone. He can also provide this Court with his direct contact information.

6. CREDENCE RESOURCE MANAGEMENT, LLC, ("Defendant") has not been served with a copy of the complaint. As such, Plaintiff has not been able to confer with Defendant on this Motion before filing.

WHEREFORE, EARL W. HERR, respectfully requests that this Honorable Court allow his counsel to appear telephonically for the Scheduling/Planning Conference.

Dated: October 5, 2018            Respectfully submitted,

s/ Alexander J. Taylor
**Alexander J. Taylor** Esq. #6327679
Sulaiman Law Group, Ltd.
2500 S. Highland Avenue, Suite 200
Lombard, IL 60148
Telephone :(630) 575-8181
Fax :(630) 575-8188
Email:ataylor@sulaimanlaw.com
Attorney for Plaintiff, Earl W. Herr

3

## **CERTIFICATE OF SERVICE**

   The undersigned hereby certifies that on October 5, 2018, a copy of the foregoing was filed electronically via CM/ECF with the United States District Court, District of Colorado, with notification being sent electronically to all counsel of record.

                  s/ Alexander J. Taylor
                  **Alexander J. Taylor** Esq. #6327679